UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00189 |
| | ) | JUDGE CAMPBELL |
| NARRELL CHRISTOPHER PIERCE | ) | |

ORDER

Pending before the Court is the Government's Motion to Return to State Custody (Docket No. 69). Through the Motion, the Government is requesting Defendant return to state custody for proceedings in state court on August 23, 2012, and August 27, 2012.

The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE