UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00189 |
| | ) | JUDGE CAMPBELL |
| NARRELL CHRISTOPHER PIERCE | ) | |
| TRAVIS CALVIN DILLARD | ) | |
| a/k/a TRAVIS CALVIN BOWMAN | ) | |

ORDER

Pending before the Court is the Government's Motion To Dismiss Indictment (Docket No. 73). Through the Motion, the Government requests that the Indictment in the case be dismissed without prejudice because the Defendants are currently being prosecuted for the same conduct by the State of Tennessee. The Motion indicates that the Defendants do not object to the Motion.

The Motion is GRANTED. Accordingly, the Indictment is dismissed without prejudice.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE